UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------

In Re:

3333 MAIN, LLC

Debtor

------------------------------------------------------

Chapter 11

Case No. 13-51533

## OBJECTION TO CLAIM

SA Challenger, Inc. ("Secured Creditor") hereby objects to the claim of DAHILL DONOFRIO ("Claimant") and in support hereof, respectfully represents and requests as follows:

### JURISDICTION

1.  The Court has jurisdiction to consider this Objection and relief requested herein pursuant to 28 U.S.C. §§157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

2.  Secured Creditor, as a party in interest, has standing to object to claims under Bankruptcy Code Section 502(a).

### BACKGROUND

3.  The Debtor, 3333 Main, LLC, filed its petition under Chapter 11 of the Bankruptcy Code initiating this case on September 30, 2013 (the "Petition Date").

4.  No creditor's committee has been formed. No trustee or examiner has been appointed.

5. The Debtor's business is single asset real estate. The Debtor owns and operates certain commercial real property known as 3333 Main Street, Stratford, Connecticut (the "Project"). The Project is a multi-tenant office facility which generates all of Debtor's income.

6. The last day for filing proofs of claim was January 27, 2014.

## THE CLAIM

7. Claimant did not file a proof of claim. In Debtor's Schedule F, Claimant appears as follows:

| Name | Basis for Claim | Amount |
| --- | --- | --- |
| Dahill Donofrio<br>4 Grestone<br>Shelton, CT  06484 | Subordination/Indemnification for mortgage debt. | $1,100,003.00 |

8. Claimant is not listed as disputed, contingent or unliquidated. Pursuant to Bankruptcy Code Section 1111(a), Claimant's claim is therefore deemed filed under Bankruptcy Code Section 501.

## BASIS FOR OBJECTION

9. Insufficient documentation and information. The Debtor has failed to provide any documentation to support such claim. At the 341 meeting of creditors, the Debtor's principal, Nicholas Owen, testified that he could not provide documentation for such claim. Nor could he describe any details of the transaction purportedly underlying such claim.

WHEREFORE, Secured Creditor respectfully requests that this Court enter an order disallowing in its entirety the claim of Donofrio Dahill.

Dated at Hartford, Connecticut this 14th day of February, 2014.

SA CHALLENGER, INC.

By: __/s/ Scott D. Rosen_____
    Scott D. Rosen (ct01417)
    Cohn Birnbaum & Shea P.C.
    100 Pearl Street, 12th Floor
    Hartford, CT 06103
    Tel.: (860) 493-2200
    Fax (860) 727-0361
    Email: srosen@cbshealaw.com

168609v1/SDR/52581-064

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------
In Re:

3333 MAIN, LLC

Debtor
------------------------------------------------------------

Chapter 11

Case No. 13-51533

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2014, a copy of the foregoing Objection to Claim was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.  In addition, a copy of the foregoing Objection to Claim was served upon Claimant, by first class U.S. mail, postage prepaid on February 14, 2014 as follows:

Dahill Donofrio
4 Grestone
Shelton, CT  06484

　　/s/ Scott D. Rosen_____
Scott D. Rosen